UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULIUS L. HEARNS,

    Petitioner,

v.                                  Case No.:  2:24-cv-799-SPC-NPM

WARDEN, WAKULLA
CORRECTIONAL INSTITUTION,

    Respondent.
_____/

## OPINION AND ORDER

Before the Court is a letter from Florida prisoner Julius Hearns (Doc. 1). The letter asks the Court to investigate the denial of Hearns' federal habeas petition in Northern District of Florida Case No. 4:19-cv-28-RH-MJF and order the Florida Department of Corrections to release him from prison. The Court construes the letter as a petition for habeas corpus under 28 U.S.C. § 2241 and has conducted a preliminary review under Section 2254 Rule 4. Because Hearns is plainly not entitled to relief, the Court will dismiss the construed petition.

Hearns' construed petition does not state any independent grounds for habeas relief. Rather, he asks this Court to "launch [a] probe" into his prior unsuccessful post-conviction actions. (Doc. 1 at 1). This Court does not have the authority to review orders entered by other district courts. If Hearns

disagrees with the Northern District of Florida's rejection of his habeas petition, he may seek a certificate of appealability from the Eleventh Circuit.

If Hearns believes he has grounds for habeas relief under § 2241, he may file a petition in the district court serving the county where he is incarcerated. *See* 28 U.S.C. § 2241(d). Because Hearns is imprisoned in Wakulla County, the proper venue for a § 2241 petition is the Tallahassee Division of the Northern District of Florida. And if Hearns elects to file a habeas petition, he must use that court's approved form. *See* Section 2254 Rule 2(d).

Accordingly, it is now

**ORDERED:**

Julius Hearns' construed habeas petition (Doc. 1) is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment dismissing this action without prejudice, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on September 6, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2